UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

ACG INVESTMENT III, LLC and
DZHZ INVESTMENTS LLC,
    Defendants.

Case No. 24-cv-21347-RKA

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendants, ACG INVESTMENT III, LLC and DZHZ INVESTMENTS LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Johanna Castellon-Vega
JOHANNA CASTELLON-VEGA, ESQ.
Florida Bar No.: 58345
jvega@almazanlaw.com
ALEXANDER P. ALMAZAN, ESQ.
Florida Bar No.: 159166
aalmazan@almazanlaw.com
R. EDSON BRIGGS, JR., ESQ.
Florida Bar No. 0004448
ebriggs@almazanlaw.com
ALMAZAN LAW
   *Attorney for Defendants*
7901 Ludlam Road, Suite 100
Miami, Florida 33143
Telephone: (305) 665-6681
Facsimile: (305) 665-6684
Service: service@almazanlaw.com