UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21347-ALTMAN

**EMILIO PINERO**,

    *Plaintiff*,

v.

**ACG INVESTMENT III, LLC**, *et al.*,

    *Defendants.*
_____/

## ORDER

The parties have filed a Joint Stipulation of Dismissal [ECF No. 23] pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs, except as otherwise agreed in writing. This case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record